Ríos, Recurrente, v. El Registrador de Caguas, Recurrido.

Recurso gubernativo contra nota del Registrador de la Propiedad de Caguas inscribiendo con defecto subsanable una escritura de hipoteca voluntaria.

No. 267.—Resuelto en abril 5, 1916.

Hipoteca Voluntaria — Pagaré Asegurado con Hipoteca — Defecto Subsanable—Falta Subsanable—Buena Práctica.—No constituye falta o defecto subsanable, a los efectos de la inscripción en el registro de una escritura de hipoteca voluntaria para garantir un pagaré, por no exigirlo la ley sobre el particular, el hecho de no consignarse en el pagaré transcrito en la misma que dicha obligación está asegurada con hipoteca sobre la finca de que se trata; pero, para mayor claridad, sería conveniente en casos de esta naturaleza, que después de otorgada la escritura de hipoteca, se hiciera constar ese hecho por el mismo notario al pie del documento garantizado.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sr. Andrés Mena.*

El registrador recurrido, Sr. Emigdio S. Ginorio, compareció en nombre propio.

El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.

El 2 de febrero de 1916 compareció Juan Ríos Oyola ante notario público y otorgó una escritura de hipoteca voluntaria de la cual resulta que siendo Ríos Oyola dueño de cierta casa que se describe radicada en Caguas y habiendo firmado la obligación que más adelante copiaremos, resolvió garantizarla y la garantizó en efecto constituyendo la dicha hipoteca voluntaria sobre la casa indicada. La obligación garantizada, dice así:

"Pagaré a la orden del endosatario de la presente obligación, en esta ciudad, el día treinta y uno de julio del corriente año de mil novecientos diez y seis, la cantidad de ciento cuarenta y tres dollars, valor recibido de dicho endosatario en efectivo y a mi satisfacción. En caso de mora devengará esta obligación intereses a razón del uno por ciento mensual. También me obligo a satisfacer la suma de cien dollars para el pago de costas, gastos y honorarios del abogado del acreedor en caso de reclamación judicial. Caguas, P. R., dos de febrero de mil novecientos diez y seis. (Firmado) Juan Ríos Oyola. Affidávit número setecientos sesenta. Firmado el precedente documento ante mí, por Juan Ríos Oyola, mayor de edad, viudo, propietario y de esta vecindad a quien doy fe de conocer personalmente en Caguas, Puerto Rico, el día dos de febrero de mil novecientos diez y seis. (Firmado) Andrés Mena, notario público. Hay un sello de rentas internas de veinte y cinco centavos, cancelado y además el sello de la notaría."

Presentado el documento en el Registro de la Propiedad de Caguas, fué inscrito pero "con el defecto subsanable de no consignarse en el pagaré que se inserta en esta escritura que dicha obligación esté asegurada con hipoteca de la indicada finca."

Alegando la no existencia de tal defecto, Ríos Oyola interpuso el presente recurso gubernativo.

A nuestro juicio tiene razón el recurrente. Nada exige la ley sobre el particular y era lógico que no constara en el pagaré la constitución de la hipoteca cuando fué transcrito en la escritura, porque el pagaré se otorgó primero y la escritura después. Véase la ley No. 33 de 1912 modificativa del

artículo 153 de la Ley Hipotecaria, en relación con el artículo 531 del Código de Comercio.

Para mayor claridad, sería conveniente en casos de esta naturaleza que después de otorgada la escritura de hipoteca se hiciera constar por el mismo notario al pie del documento garantizado dicho hecho.

Por las razones expuestas, debe declararse con lugar el recurso interpuesto y resolverse que no existe el defecto apuntado por el registrador.

> *Declarado con lugar el recurso y que no existe*
> *el defecto apuntado por el registrador.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, Aldrey y Hutchison.